UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
FCP ENTERTAINMENT PARTNERS, LLC,

                Plaintiff,

      -against-                                                  22-cv-2768 (LAK)

HAL LUFTIG COMPANY, INC., et ano.,

                Defendants.
------------------------------------------------x
HAL LUFTIG,

                Plaintiff,

      -against-                                                  22-cv-3697 (LAK)

FCP ENTERTAINMENT PARTNERS, LLC,

                Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. Each petition fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- [x] The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).
- [ ] The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).
- [ ] The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).
- [ ] The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).
- [ ] The nature and citizenship of one or more business entities.
- [ ] The timely removal of the action from state court.

        Absent the filing, in each case,, on or before May 19, 2022, of an amended petition adequately alleging the existence of subject matter jurisdiction, the relevant action will be dismissed.

        SO ORDERED.

Dated:     May 11, 2022

                                                                                 /s/ Lewis A. Kaplan
                                                               Lewis A. Kaplan
                                                          United States District Judge