```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-7-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FCP ENTERTAINMENT PARTNERS, LLC,

                Plaintiff,

-against-                                                22-cv-2768 (LAK)

HAL LUFTIG COMPANY, INC., et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAL LUFTIG,

                Plaintiff,

-against-                                                22-cv-3697 (LAK)

FCP ENTERTAINMENT PARTNERS, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's letter motion (Dkt 39) is granted to the extent that the clerk shall (1) enter the amended judgment signed by the Court under even date and (2) close the case.

        Plaintiff's motions for judgment (Dkt 34) and to alter judgment (Dkt 42) are denied as moot.

        SO ORDERED.

Dated:        December 7, 2022

                                                        _____
                                                                Lewis A. Kaplan
                                                             United States District Judge